# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

GREGORY M. MUSQUIZ,

    Plaintiff,

  v.

FRANK BISIGNANO, Commissioner of Social Security

    Defendant.

_____/

Case No.  1:26-cv-03365-EGC

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

Plaintiff Gregory M. Musquiz filed a complaint on May 4, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2).  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **May 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE